Eric M. Haley
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
2001 E Campbell Ave, Ste 101
Phoenix, AZ 85016
(602) 218-5136

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| MELISSA MARIE PRADO | ) ) ) | CASE NO. 2:15-bk-09974-BKM |
| Debtor(s) | ) ) ) ) ) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS U.S. BANKRUPTCY COURT |

Eric M. Haley, Trustee, reports that the following dividend checks have been issued and refunded by the claimant.

| ORIG CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 300007 | 9/22/2016 | US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | $787.29 |

Claimant refunded the final distribution issued to proof of claim number four as indicated above. However, rather than including with the refund a definitive withdraw of its claim—which ordinarily accompanies claim refunds of this type—claimant simply indicated that "DOE Nelnet does not service this loan."

With the current proof of claim lacking any amendment suggesting an alternative servicer or the claimant's unequivocal withdraw of its claim, and upon information and belief that Debtor has an outstanding federal student loan that could be claimed at some future date, Ttee wishes to treat the refunded amount as unclaimed funds pursuant to Bankruptcy Rule 3010 and §347 of the Code and not redistribute the funds to other creditors.

| *January 24, 2017* | */s/ Eric M. Haley* |
|---|---|
| DATE | Eric M. Haley, Trustee |